472 P.2d 984

**Esther M. GARCIA and Lupe Suarez, Petitioners,**

v.

**UNIVERSAL CONSTRUCTORS, INC., and City of Albuquerque, Respondents.**

**No. 9088.**

Supreme Court of New Mexico.

July 20, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 455, 81 N.M. 703, 472 P.2d 668, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 984

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Candelario BACA, Defendant-Appellant.**

**No. 9093.**

Supreme Court of New Mexico.

July 20, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 410, 81 N.M. 686, 472 P.2d 651, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 984

**Rufina P. LOPEZ, Administratrix of the Estate of Frank C. Lopez, Deceased, Petitioner,**

v.

**Eduardo MAES and Mabel Gallegos, Respondents.**

**No. 9092.**

Supreme Court of New Mexico.

July 20, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 392, 81 N.M. 693, 472 P.2d 658, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 984

**Angelo SAKELARES, Petitioner,**

v.

**Edwin L. SWOPE, District Judge, Second Judicial District and Valencia County Canvassing Board, Clovis Baca, John Berman Sanchez and Gillie Jaramillo, Respondents.**

**No. 9108.**

Supreme Court of New Mexico.

Aug. 10, 1970.

Ordered that petition for writ of mandamus be and the same is hereby denied.